```
McGREGOR W. SCOTT
United States Attorney
CARL M. FALLER, Jr.
Assistant U.S. Attorneys
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272
```

FILED

2005 JUL 28 P 2: 51

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
        DEPUTY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSE MACARENA-ESPARZA,<br>and ALEJANDRA CRUZ,<br><br>          Defendant. | MG F 05-00169 DLB<br><br>REQUEST BY THE UNITED STATES TO UNSEAL COMPLAINT, MEMORANDUM AND DECLARATION AND SUPPORT THEREOF |

Comes now the United States, by and through its attorneys of record, McGregor W. Scott, United States Attorney and Carl M. Faller, Jr., Assistant United States Attorney, and request leave of the Court to unseal the Criminal Complaint, Memorandum, and Declaration and Support thereof as to Jose Macarena-Esparza and Alejandra Cruz, in the above-referenced matter.

DATED: July 28, 2005                    Respectfully submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

                                    By  /s/ Carl M. Faller
                                        CARL M. FALLER, Jr.
                                        Assistant U.S. Attorney

IT IS SO ORDERED:

DATED: July 28, 2005                    /s/ Dennis L. Beck
                                        Hon. DENNIS L. BECK
                                        U.S. Magistrate Judge

1