1  McGREGOR W. SCOTT
   United States Attorney
2  CARL M. FALLER, Jr.
   Assistant U.S. Attorneys
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California  93721
   Telephone:  (559) 498-7272
5

FILED

2005 JUL 28  P 2: 51

CLERK, US DIST. COURT
EASTERN DIST. OF CALIF
AT FRESNO

BY_____
        DEPUTY

6           IN THE UNITED STATES DISTRICT COURT FOR THE

7                   EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,       )   MG F 05-00169 DLB
                                   )
10                Plaintiff,       )
                                   )
11       v.                        )   REQUEST BY THE UNITED
                                   )   STATES TO UNSEAL
12 JOSE MACARENA-ESPARZA,          )   COMPLAINT, MEMORANDUM AND
   and ALEJANDRA CRUZ,             )   DECLARATION AND SUPPORT
13                                 )   THEREOF
                  Defendant.       )
14 _____)

15     Comes now the United States, by and through its attorneys of

16 record, McGregor W. Scott, United States Attorney and Carl M.

17 Faller, Jr., Assistant United States Attorney, and request leave

18 of the Court to unseal the Criminal Complaint, Memorandum, and

19 Declaration and Support thereof as to Jose Macarena-Esparza and

20 Alejandra Cruz, in the above-referenced matter.

21 DATED: July 28, 2005                Respectfully submitted,

22                                     McGREGOR W. SCOTT
                                       United States Attorney
23

24                               By    /s/ Carl M. Faller
                                       CARL M. FALLER, Jr.
25                                     Assistant U.S. Attorney

26 IT IS SO ORDERED:

27 DATED: July 28, 2005

                                       _____
                                       Hon. DENNIS L. BECK
28                                     U.S. Magistrate Judge

                                   1